UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
ALICIA HOPPER,

        Plaintiff,

        v.

BANANA REPUBLIC, LLC,
BANANA REPUBLIC, INC.,
And THE GAP, INC.,

        Defendants,
-------------------------------------------------------X

07 CIV 8526
**NOTICE OF APPEARANCE**

Plaintiff Demands a Jury

Plaintiff ALICIA HOPPER hereby appears by her attorneys, AKIN & SMITH, LLC.

Dated:  New York, NY
          October 3, 2007

                                  **AKIN & SMITH, LLC**

                         By:_____
                              Derek T. Smith (DTS/1747)
                              Attorneys for Plaintiff
                              305 Broadway  Suite 1101
                              New York, NY 10007
                              (212) 587-0760

TO:
Seyfarth Shaw LLP
Attorneys for Defendants
620 Eighth Avenue
New York, NY 10018
212-218-5500