UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------X
ALICIA HOPPER,

                                      07 CIV 8526

        Plaintiff,                    **JURY DEMAND**

        v.

BANANA REPUBLIC, LLC,
BANANA REPUBLIC, INC.,
And THE GAP, INC.,

        Defendants,
----------------------------------------------------X

Plaintiff ALICIA HOPPER hereby demands a jury as to all issues to be tried.

Dated:  New York, NY
          October 3, 2007

                                            AKIN & SMITH, LLC

                                By: _____
                                Derek T. Smith (DTS/1747)
                                Attorneys for Plaintiff
                                305 Broadway Suite 1101
                                New York, NY 10007
                                (212) 587-0760

TO:
Seyfarth Shaw LLP
Attorneys for Defendants
620 Eighth Avenue
New York, NY 10018
212-218-5500