```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
ALICIA HOPPER,                                          :
                                                        :    07 Civ. 8526 (WHP)
                        Plaintiff,                      :
                                                        :    SCHEDULING ORDER
          -against-                                     :
                                                        :
BANANA REPUBLIC, LLC, et al.,                           :
                                                        :
                        Defendants.                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WILLIAM H. PAULEY III, District Judge:

      Counsel for all parties having appeared before this Court for a conference on November 9, 2007, the following schedule is established on consent of the parties:

1. Defendants shall serve and file their motion to dismiss by November 30, 2007;

2. Plaintiff shall serve and file the opposition to the motion by December 21, 2007;

3. Defendants shall serve and file any reply by January 4, 2008;

4. Oral Argument concerning the motion shall take place on January 25, 2008 at 12:00 p.m.

5. The parties shall complete all discovery by February 15, 2008;

6. The parties shall submit a joint-pre trial order in accord with this Court's Individual Rules and Practices by March 14, 2008; and

      7.      A final pre-trial conference shall take place on April 4, 2008 at 10:00 a.m.

Dated: November 9, 2007
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

*Counsel of Record:*

Derek T. Smith, Esq.
Akin & Smith, LLC
305 Broadway, Suite 1101
New York, NY 10007
*Counsel for Plaintiff*

Robert S. Whitman, Esq.
Seyfarth Shaw LLP
620 Eighth Avenue
New York, NY 10018
*Counsel for Defendants*