UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ALICIA HOPPER,

               Plaintiff,

     - against -

BANANA REPUBLIC, LLC,
BANANA REPUBLIC, INC., and
THE GAP, INC.,

               Defendants.
------------------------------------------------------------x

07-CIV-8526 (WHP)(THK)

**NOTICE OF MOTION TO DISMISS THE COMPLAINT, OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT**

    PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 12(b)(6), and upon (1) the attached Declaration of Jeremi L. Chylinski, together with Exhibit A thereto; (2) Defendants' Memorandum of Law In Support Of Their Motion to Dismiss Plaintiff's Complaint, Or In The Alternative For Summary Judgment, together with Exhibit A thereto; and (3) Defendants' Statement Of Material Facts Pursuant To Local Civil Rule 56.1, Defendants Banana Republic, LLC, Banana Republic, Inc., and The Gap, Inc. (collectively, "The Gap") hereby move for an Order (i) dismissing Plaintiff's Complaint in its entirety pursuant or in the alternative granting summary judgment; and (ii) granting such other and further relief as this Court may deem just and proper.

    As per the Scheduling Order that was So Ordered by The Honorable William H. Pauley, III on November 9, 2007, Plaintiff shall serve and file her opposition to this motion on December 21, 2007, The Gap shall serve and file a reply by January 4, 2008, and oral argument shall take place on January 25, 2008.

NYI 26493011.1

Dated: November 30, 2007
      New York, New York

                                  Respectfully submitted,

                                  SEYFARTH SHAW LLP

                                By: _____
                                  Robert S. Whitman (RW-1140)
                                  Jeremi L. Chylinski (JC-3196)
                                620 Eighth Avenue
                                New York, New York 10018-1405
                                (212) 218-5500 / Fax (212) 218-5526

                                Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ALICIA HOPPER,

                Plaintiff,

      - against -

BANANA REPUBLIC, LLC,
BANANA REPUBLIC, INC., and
THE GAP, INC.,

                Defendants.
------------------------------------------------------------x

07-CIV-8526 (WHP)(THK)

E-FILED

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2007, I electronically filed the foregoing Declaration of Jeremi L. Chylinski, together with Exhibit A thereto, Defendants' Memorandum of Law In Support Of Their Motion to Dismiss Plaintiff's Complaint, Or In The Alternative For Summary Judgment, together with Exhibits A, B and C thereto, and Defendants' Statement Of Material Facts Pursuant To Local Civil Rule 56.1, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

        Derek T. Smith
        Akin & Smith, LLC.
        305 Broadway, Suite 1101
        New York, New York 10007
        (212) 587-0760

        *Attorneys for Plaintiff*

        _____
        Jeremi L. Chylinski (JC 3196)

NY1 26493084.1