# SEYFARTH
## ATTORNEYS SHAW LLP

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/14/08

620 Eighth Avenue
New York, New York 10018-1405
(212) 218-5500

fax (212) 218-5526
www.seyfarth.com

Writer's direct phone
(212) 218-5629

Writer's e-mail
rwhitman@seyfarth.com

January 9, 2008

**MEMO ENDORSED**

<u>By Hand</u>

The Honorable William H. Pauley, III
United States District Court
 for the Southern District of New York
Room 2210, Courtroom 11D
500 Pearl Street
New York, New York 10007

    Re:    Hopper v. Banana Republic LLC, et al.,
               No. 07 CV 8526 (WHP) (THK)

Dear Judge Pauley:

    We represent Defendants Banana Republic, LLC, Banana Republic, Inc., and The Gap, Inc. (collectively, "The Gap") in the above-referenced action.

    The Gap's Motion to Dismiss or in the Alternative for Summary Judgment is now fully briefed. Oral argument on that motion is scheduled for January 25, 2008 at 12:00 p.m. Unfortunately, <u>I must be out of town that day and therefore respectfully request that the argument be rescheduled</u>. I have consulted with Derek Smith, counsel for the Plaintiff, and he has no objection to this request. No previous requests to adjourn this date have been made.

    I thank the Court in advance for its consideration.

*Application granted.*

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.
1/11/08

Respectfully submitted,

SEYFARTH SHAW LLP

*Robert Whitman*
Robert S. Whitman (RW-1140)

cc:    Derek T. Smith, Esq. (by fax)

*Oral argument is adjourned to February 15, 2008 at 11:00 a.m.*

BRUSSELS · WASHINGTON, D.C. · SAN FRANCISCO · SACRAMENTO · NEW YORK · LOS ANGELES · HOUSTON · CHICAGO · BOSTON · ATLANTA