UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ALICIA HOPPER,

                Plaintiff,

-against-

BANANA REPUBLIC,LLC.,ET.AL.
                Defendants.
------------------------------------------------------------X

07 CIVIL 8526 (WHP)

**JUDGMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/15/08

      Defendants having moved for summary judgment pursuant to Fed. R. Civ. P. 56 and to dismiss pursuant to FRCP 12b(6), and the matter having come before the Honorable William H Pauley, United States District Judge, and the Court, on Feb 25, 2008, having rendered its Memorandum and Order granting defendant's motion for summary judgment dismissing Hopper's discrimination claims, Hopper's negligence claims and superior claim are granted; accordingly, the case is closed, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated Feb 25 2008, defendant's motion for summary judgment dismissing Hopper's negligence claims are granted and the complaint is dismissed; accordingly, the case is closed.

**Dated:**  New York, New York
          Mar 12, 2008

                                          J. MICHAEL McMAHON
                                               Clerk of Court
                          BY:
                                               Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON